# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRERA, et al., | Case No. 1:17-cv-00019-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PATRICIA McGREW TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO BE APPOINTED AS GUARDIAN AD LITEM FOR JOSIAH CABRERA |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | TEN DAY DEADLINE |

On January 4, 2017, Plaintiff Christina Cabrera filed a complaint in this action along with a motion to appoint her as guardian ad litem for her minor child in this action. (ECF Nos. 1, 2.) On January 10, 2017, an order issued denying the motion for appointment as guardian ad litem without prejudice. The Court expressed concern regarding a possible conflict of interest based on the allegations in the complaint and any further petition for appointment of a guardian ad litem needed to demonstrate that the guardian was dedicated to the best interest of the child and address any potential conflict of interest. (ECF No. 5.) On January 19, 2017, a motion was filed to appoint Patricia McGrew as guardian ad litem for Josiah Cabrera.

Pursuant to Rule 17 of the Federal Rules of Civil Procedure, a representative of a minor may sue or defend on the minor's behalf. Fed. R. Civ. P. 17(c). This requires the Court to take whatever measures it deems appropriate to protect the interests of the individual during the litigation. United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State

of Wash., 795 F.2d 796, 805 (9th Cir. 1986).

The Court finds that the current declarations filed in support of the motion for appointment of Patricia McGrew as guardian ad litem are deficient in two respects. First, neither declaration addresses whether Ms. McGrew has any conflicts of interest in serving as guardian ad litem for the minor in this action. Second, Ms. McGrew does not address whether she is dedicated to the best interest of the minor.

Accordingly, IT IS HEREBY ORDERED that within ten (10) days from the date of entry of this order, a supplemental declaration shall be filed addressing the deficiencies identified in this order.

IT IS SO ORDERED.

Dated:  **January 23, 2017**

UNITED STATES MAGISTRATE JUDGE