PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRERA, individually and as Personal Representative for Josiah Cabrera, a young child, and JOSIAH CABRERA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:17-CV-00019 LJO-SAB<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER |

Plaintiffs, Christina Carbrera, individually, and Josiah Cabrera, by his personal representative, Patricia McGrew ("Plaintiffs"), and Defendant United States stipulate, by and through their undersigned counsel, to continue the scheduling conference set for May 30, 2017 at 2:30 p.m. to July 13, 2017 at 2:00 p.m. The parties base this stipulation on good cause as the parties are in settlement negotiations and a brief continuance will save the parties time and resources in litigating this case. The proposed date has been cleared with the court. No dates have been set in this action. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: May 16, 2017
PHILLIP A. TALBERT
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States

1

| | | |
|---|---|---|
| Dated: May 16, 2017 | | LAW OFFICES OF MELO AND SARSFIELD, LLP |

(As authorized 05/16/17)
/s/John Sarsfield
John Sarsfield
Marguerite Melo
Attorneys for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, the court continues the scheduling conference from May 30, 2017 at 2:30 p.m. to July 13, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **May 16, 2017**

UNITED STATES MAGISTRATE JUDGE

2