# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRERA, et al., | Case No. 1:17-cv-00019-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF THE COURT TO TERMINATE PLAINTIFF CHRISTINA CABRERA AS A PARTY IN THIS ACTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | (ECF Nos. 22, 24) |

On October 18, 2017, Plaintiff Christina Cabrera and Defendant filed a stipulation dismissing Plaintiff Christina Cabrera's claims with prejudice. (ECF No. 22.) However, the October 18, 2017 stipulation to dismiss Plaintiff Christina Cabrera's claims was only between Plaintiff Christina Cabrera and Defendant and was only signed by those parties. (ECF No. 22.) As there is another plaintiff in this action, minor Josiah Cabrera, the Court issued an order on October 20, 2017, stating that the October 18, 2017 stipulation was defective under Rule 41(a)(1). (ECF No. 23.)

On November 2, 2017, Plaintiff Josiah Cabrera, by and through his guardian ad litem Patricia Quezada McGrew, filed an addendum to the October 18, 2017 stipulation. (ECF No. 24.) The addendum incorporates the October 18, 2017 stipulation and states that Plaintiff Josiah Cabrera joins and concurs with the October 18, 2017 stipulation.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all

1   of the defendants or claims in an action through a Rule 41(a) notice.  Wilson v. City of San Jose,

2   111 F.3d 688, 692 (9th Cir. 1997).  In light of the stipulation of the parties, Plaintiff Christina

3   Cabrera's claims have been dismissed with prejudice and without an award of costs or attorneys'

4   fees and she shall be terminated as a party in this action.

5       Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Plaintiff

6   Christina Cabrera as a party in this action.

7

8   IT IS SO ORDERED.

9   Dated:    **November 2, 2017**

    _____
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28