# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRERA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:17-cv-00019-SAB <br><br> ORDER RE NOTICE OF SETTLEMENT <br><br> ORDER VACATING ALL PENDING MATTERS AND DATES <br><br> (ECF No. 29) |

On April 11, 2018, Defendant filed a notice of settlement indicating that the claim by the remaining plaintiff, Josiah Cabrera, a minor, has settled. (ECF No. 29.)

Pursuant to Local Rule 202(b), "[n]o claim by or against a minor or incompetent person may be settled or compromised absent an order by the Court approving the settlement or compromise." As this Court appointed Patricia McGrew as guardian ad litem for Plaintiff Josiah Cabrera, Plaintiff Josiah Cabrera must comply with Local Rule 202(b)(2). Any application for approval of a proposed settlement or compromise must disclose, among other things, the following:

> the age and sex of the minor or incompetent, the nature of the causes of action to be settled or compromised, the facts and circumstances out of which the causes of action arose, including the time, place and persons involved, the manner in which the compromise amount or other consideration was determined, including such additional information as may be required to enable the Court to determine the fairness of the settlement or compromise....

L.R. 202(b)(2).

1

Also, pursuant to Local Rule 202(c), Plaintiff's counsel shall advise whether they have received or expect to receive any compensation, from whom, and the amount. L.R. 202(c).[1]

Based on the foregoing, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff Josiah Cabrera, by and through his guardian ad litem Patricia McGrew, shall file a petition for minor's compromise in compliance with Local Rule 202 on or before May 16, 2018, with the hearing to be set before the undersigned pursuant to the Local Rules.

IT IS SO ORDERED.

Dated: __**April 12, 2018**__

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff should also review the other sections of Local Rule 202 to ensure compliance with any applicable sections.