# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRERA, et al., | Case No. 1:17-cv-00019-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE NOTICE OF STATUS OF SETTLEMENT OF MINOR'S CLAIMS |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 33) |
| Defendants. | FIVE-DAY DEADLINE |

On June 15, 2018, an order was filed granting Plaintiff Josiah Cabrera's petition for minor's compromise. (ECF No. 33.) Plaintiff's counsel was ordered to file under seal proof that the monies have been deposited into a federal insured blocked account for the benefit of the minor within forty-five days of receipt of the settlement funds and within sixty days of receipt of the settlement funds the parties were to file dispositive documents or a joint status report explaining why a stipulated dismissal has not been filed. No such filings have been made in this matter. Therefore, the Court shall require the parties to file a notice of the status of the minor's claims due to the amount of time that has passed since the petition for minor's compromise was granted.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint notice of the status of the settlement of the minor's claims in this action within five days of the date of entry of this order. The parties are advised that failure to file such notice as directed may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **October 4, 2018**

_____
UNITED STATES MAGISTRATE JUDGE